IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAMON BAKER and NATASHA BAKER,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF BOZEMAN, HANNAH HELSBY, GALLATIN COUNTY, and DOES 1–10,<br><br>    Defendants. | CV 23–82–BU–DLC<br><br><br>ORDER |

Before the Court is the parties Stipulation for Dismissal with Prejudice. (Doc. 18.) The parties stipulate to dismissal of this action with prejudice, with each party to bear its own costs and fees.

Accordingly, IT IS ORDERED that the above-captioned action is DISMISSED with prejudice and each party shall be responsible for their own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to close this case.

DATED this 17th day of January, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1